# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-1740

_____

| | | |
|---|---|---|
| Linda Jane Hicks, | * | |
| | * | |
| Plaintiff/Appellant, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the Western |
| United States Department of | * | District of Arkansas. |
| Agriculture; Benjamin Reynolds; | * | |
| | * | [UNPUBLISHED] |
| Defendants/Appellees, | * | |
| | * | |
| Martin Title and Closing Services; | * | |
| Sheila Busch; Jan Atchley, doing | * | |
| business as Select Realty; Barbara | * | |
| Davis; Union Bank of Mena, | * | |
| | * | |
| Defendants, | * | |
| | * | |
| George Page, doing business as | * | |
| Page Enterprises, | * | |
| | * | |
| Defendant/Appellee. | * | |

_____

Submitted:  December 26, 2003

Filed: January 8, 2004

_____

Before RILEY, McMILLIAN, and SMITH, Circuit Judges.

_____

PER CURIAM.

Linda Jane Hicks appeals the district court's[1] order (1) granting summary judgment against her on her claims under <u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971); (2) dismissing without prejudice her claims under the Federal Tort Claims Act, 28 U.S.C. § 2671, <u>et seq.</u>; (3) dismissing with prejudice her claims under 42 U.S.C. §§ 1985 and 1986; and (4) declining jurisdiction over any pendent state-law claims.  After de novo review, <u>see</u> <u>Turner v. Holbrook</u>, 278 F.3d 754, 757 (8th Cir. 2002), we affirm for the reasons stated by the district court.  <u>See</u> 8th Cir. R. 47B.

_____

[1]The Honorable Robert T. Dawson, United States District Judge for the Western District of Arkansas.